

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.

Defendant(s)

Case Number: 2:26cv02214

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Cody S. Barnett hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Nebraska

On ___08/19/2025___ (date), I was admitted to practice and presently in good standing in the ___Nebraska Supreme Court___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___06/23/2026___        Signature of Applicant: /s/ Cody S. Barnett

**Pro Hac Vice Attorney**

Applicant's Name: Cody S. Barnett

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln     State: NE     Zip: 68509

Phone Number w/Area Code: (402) 471-2683

City and State of Residence: Lincoln, Nebraska

Primary E-mail Address: cody.barnett@nebraska.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln     State: NE     Zip: 68509

Phone Number w/Area Code: (402) 471-2683     Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026

JUDGE, U.S. DISTRICT COURT