

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

Case Number: 2:26-cv-02214

V.

Zoe Heller, in her official capacity, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lincoln J. Korell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Nebraska

On _____04/27/2020_____ (date), I was admitted to practice and presently in good standing in the _____Nebraska Supreme Court_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____06/23/2026_____

Signature of Applicant: /s/ Lincoln J. Korell

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Lincoln J. Korell

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509

Phone Number w/Area Code: (402) 471-2683

City and State of Residence: Lincoln, Nebraska

Primary E-mail Address: lincoln.korell@nebraska.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509

Phone Number w/Area Code: (402) 471-2683   Bar # CA 327791

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026

JUDGE, U.S. DISTRICT COURT