

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.

Defendant(s)

Case Number: 2:26-cv-02214

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Steven J. Orban                hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

State of Florida

On ____10/08/2025____ (date), I was admitted to practice and presently in good standing in the

____Florida Supreme Court____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____06/23/2026____          Signature of Applicant: /s/ ____Steven J. Orban____

**Pro Hac Vice Attorney**

Applicant's Name: Steven J. Orban

Law Firm Name: Florida Office of the Attorney General

Address: PL-01, The Capitol

City: Tallahassee    State: FL    Zip: 32399

Phone Number w/Area Code: (850) 414-3850

City and State of Residence: Tallahassee, FL

Primary E-mail Address: steven.orban@myfloridalegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln    State: NE    Zip: 68509

Phone Number w/Area Code: (402) 471-2683    Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026

_____
JUDGE, U.S. DISTRICT COURT