

United States District Court
Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

Case Number: 2:26-cv-02214

V.

Zoe Heller, in her official capacity, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
John Henry Thompson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
State of Georgia

On ___11/12/2025___ (date), I was admitted to practice and presently in good standing in the
___Supreme Court of Georgia___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Nebraska v. Cliff, No. 2:24-cv-01364 (E.D. Cal.)

Pro hac vice application filed and granted on 12/19/2025

Date: ___06/23/2026___     Signature of Applicant: /s/ John Henry Thompson

**Pro Hac Vice Attorney**

Applicant's Name: John Henry Thompson

Law Firm Name: Georgia Department of Law

Address: 40 Capitol Square SW

City: Atlanta   State: GA   Zip: 30334

Phone Number w/Area Code: (404) 458-3373

City and State of Residence: Watkinsville, GA

Primary E-mail Address: jhthompson@law.ga.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509

Phone Number w/Area Code: (402) 471-2683   Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026

_____
JUDGE, U.S. DISTRICT COURT