

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.

Defendant(s)

Case Number: 2:26-cv-02214

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael R. Williams hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
State of West Virginia

On _____03/16/2022_____ (date), I was admitted to practice and presently in good standing in the _____West Virginia_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:_____06/22/2026_____   Signature of Applicant: /s/ Michael R. Williams

**Pro Hac Vice Attorney**

Applicant's Name: Michael R. Williams

Law Firm Name: West Virginia Attorney General's Office

Address: 1900 Kanawha Blvd E; Bldg. 1, Rm E-26

City: Charleston          State: WV     Zip: 25305

Phone Number w/Area Code: (681) 313-4511

City and State of Residence: Charleston, WV

Primary E-mail Address: michael.r.williams@wvago.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln          State: NE     Zip: 68509

Phone Number w/Area Code: (402) 471-2683          Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2026

JUDGE, U.S. DISTRICT COURT

*STATE OF WEST VIRGINIA*

    *I, Jennelle H. Jones, Chief Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Michael R. Williams, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 16th day of March, 2022, is an attorney in good standing in said Court, and is currently on active status.*

    *Given under my hand and seal of said Court, at Charleston, West Virginia, this 8th day of June 2026, and in the 163rd year of the State.*

_____

*Chief Deputy Clerk, Supreme Court of Appeals of West Virginia*