

# United States District Court
# Eastern District of California

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the

_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____  State: _____  Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____  State: _____  Zip: _____

Phone Number w/Area Code: _____  Bar # _____

## ORDER

Dated: ___June 30, 2026___     _____
                               JUDGE, U.S. DISTRICT COURT

# STATE OF
# SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Emily Greco was on the 26th day of

September in the year two thousand twenty-five admitted to practice as

an Attorney and Counselor at Law in all the Courts of South Dakota and

since that date she has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently

pending against her nor has any discipline heretofore been imposed upon

her.

DATED at Pierre, South Dakota, this 29th day of June, 2026.

*Deputy Clerk,*
*South Dakota Supreme Court*