

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.

Defendant(s)

Case Number: 2:26-cv-02214

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Emory Smith, Jr. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
State of South Carolina

On 11/09/1977 (date), I was admitted to practice and presently in good standing in the South Carolina Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/30/2026    Signature of Applicant: /s/ J. Emory Smith, Jr.

**Pro Hac Vice Attorney**

Applicant's Name: James Emory Smith, Jr.

Law Firm Name: South Carolina Attorney General's Office

Address: PO Box 11549

City: Columbia          State: SC          Zip: 29211

Phone Number w/Area Code: (803) 734-3642

City and State of Residence: Columbia, SC

Primary E-mail Address: esmith@scag.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln          State: NE          Zip: 68509

Phone Number w/Area Code: (402) 471-2683          Bar #: CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 30, 2026          _____
                              JUDGE, U.S. DISTRICT COURT

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that J. Emory Smith Jr. (James Emory Smith Jr.) was duly sworn and admitted as an attorney in this state on November 09, 1977 and is currently a regular member of the South Carolina Bar in good standing.

_Patricia A. Howard_
CLERK

Columbia, South Carolina

June 17, 2026

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.