# United States District Court
# Eastern District of California

State of Nebraska, et al.,

Plaintiff(s)

V.

Zoe Heller, et al.,

Defendant(s)

Case Number: 2:26-CV-02214-DC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard W. Smith hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

National Association of Wholesale Distributors

On December 10, 1999 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals, (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/22/2026 Signature of Applicant: /s/ Richard W. Smith

**Pro Hac Vice Attorney**

Applicant's Name: Richard W. Smith

Law Firm Name: Sidley Austin LLP

Address: 1501 K Street NW

City: Washington State: DC Zip: 22207

Phone Number w/Area Code: 202.736.8578

City and State of Residence: Arlington, VA

Primary E-mail Address: rwsmith@sidley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Caleb J. Bowers

Law Firm Name: Sidley Austin LLP

Address: 350 S. Grand Avenue

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 896-6000 Bar # 332189

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 28, 2026

Dena Coggins
United States District Judge