# United States District Court
# Eastern District of California

State of Nebraska, et al.,

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.,

Defendant(s)

Case Number: 2:26-cv-02214-DC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Benjamin Aguiñaga hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

the State of Louisiana

On 11/04/2016 (date), I was admitted to practice and presently in good standing in the Texas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

______________________________________________

______________________________________________

Date: 07/27/2026 Signature of Applicant: /s/ J. Benjamin Aguiñaga

**Pro Hac Vice Attorney**

Applicant's Name: J. Benjamin Aguiñaga

Law Firm Name: Louisiana Department of Justice

Address: 1885 N. Third Street

City: Baton Rouge State: LA Zip: 70802

Phone Number w/Area Code: (225) 506-3746

City and State of Residence: Baton Rouge, LA

Primary E-mail Address: aguinagab@ag.louisiana.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln State: NE Zip: 68509

Phone Number w/Area Code: (402) 471-2683 Bar # CA 327791

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 28, 2026

Dena Coggins
United States District Judge