CODY S. BARNETT*
BEATRICE O. STRNAD (SBN 327791)
LINCOLN J. KORELL*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
*Counsel for Plaintiff State of Nebraska*
*Admitted pro hac vice

Additional counsel listed in signature block

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

STATE OF NEBRASKA, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NORTH DAKOTA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS, STATE OF UTAH, STATE OF WEST VIRGINIA, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiffs,

v.

ZOE HELLER, in her official capacity as Director of the California Department of Resources Recycling & Recovery, CIRCULAR ACTION ALLIANCE,

Defendants.

Case No.: 2:26-cv-02214-DC-CKD

**PLAINTIFFS' NOTICE AND MOTION FOR A PRELIMINARY INJUNCTION**

**Date:** Jan. 15, 2027
**Time:** 1:30 p.m.
**Location:** Courtroom 10, 13th Floor
**Judge:** Hon. Dena Coggins

**PLEASE TAKE NOTICE THAT** on January 15, 2027, at 1:30 p.m., or as otherwise may be determined by this Court, before the Honorable United States District Judge Dena Coggins in the Robert T. Matsui Federal Courthouse, in Courtroom 10, the Plaintiffs States of Nebraska, Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Missouri, Montana, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, and West Virginia, and the National Association of Wholesaler-Distributers do move this Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) and L.R. 231(d), prohibiting Defendants from implementing or enforcing the Plastic Pollution Prevention and Packaging Producer Responsibility Act ("the Act") (codified as amended at Cal. Pub. Res. Code. §§ 42040–42084).

The motion is brought on grounds that Plaintiffs are likely to succeed on the merits of their claims and suffer irreparable harm absent a preliminary injunction, and that the balance of equities and public interests tip in Plaintiffs' favor. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Baird v. Bonta*, 81 F.4th 1036, 1040 (9th Cir. 2023). Plaintiffs are likely to succeed on their claims that the Act (1) violates the Fourteenth Amendment's Due Process Clause because it is unconstitutionally vague, (2) violates the Due Process Clause, horizonal separation of powers, and State co-sovereignty because it is *ultra vires*, (3) violates the dormant Commerce Clause because it discriminates against and unnecessarily burdens interstate commerce, (4) violates the First Amendment and California's Free Speech Clause by muzzling producers from telling customers the truth about the costs of the Act on their receipts and by compelling producers to fund speech with which they disagree, (5) violates the original meaning of the Import-Export Clause by imposing heavy financial conditions on domestic imports into California from other States, (6) violates the Due Process Clause by leaving the enforcement of much of this unlawful action to a private entity—the Circular Action Alliance.

Plaintiffs request a one-hour hearing on the motion. The motion is based upon this notice of motion; the memorandum of points and authorities in support thereof; the declarations of David Simons, Ed Allen, Jon Ehly, and Brian Wild; the pleadings records, and papers on file in the action; oral argument of counsel; and any other matters of which the Court may take judicial notice. Plaintiffs do not seek to offer oral testimony at the hearing unless requested by the Court, or if

Defendants offer such testimony.

Pursuant to the Court's Standing Order, undersigned counsel certifies that meet-and-confer efforts have been exhausted. Undersigned counsel met and conferred with counsel for Defendants on at least two occasions and all counsel agreed that a decision of this court is required to reach resolution of the foregoing substantive issues.

Date: August 19, 2026

Respectfully Submitted.

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ *Cody S. Barnett*
Cody S. Barnett*
*Solicitor General*
/s/ *Beatrice O. Strnad* (as authorized on Aug. 19, 2026)
Beatrice O. Strnad (SBN 327791)†
*Assistant Attorney General*
Lincoln J. Korell*
*Deputy Solicitor General*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov
bebe.strnad@nebraska.gov
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

*Additional Counsel Listed on Next Pages*

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama<br><br>A. Barrett Bowdre*<br>*Solicitor General*<br><br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104<br>(334) 242-7300<br>Barrett.Bowdre@AlabamaAG.gov<br>*Counsel for Plaintiff State of Alabama* | JAMES UTHMEIER<br>Attorney General of Florida<br><br>Timothy Fraser**<br>*Special Counsel*<br>Antitrust Division<br><br>Florida Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, Florida 32399<br>Telephone: (850) 414-3733<br>Email: timothy.fraser@myfloridalegal.com<br>*Counsel for Plaintiff State of Florida* |
| CHRISTOPHER M. CARR<br>Attorney General of Georgia<br><br>John Henry Thompson*<br>*Solicitor General*<br>Elijah J. O'Kelley**<br>*Principal Deputy*<br>*Solicitor General*<br><br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3373<br>jhthompson@law.ga.gov<br>*Counsel for Plaintiff State of Georgia* | RAUL R. LABRADOR<br>Attorney General of Idaho<br><br>Michael A. Zarian*<br>*Solicitor General*<br><br>Office of the Idaho Attorney General<br>700 W. Jefferson St., Suite 210,<br>Boise, Idaho 83720<br>(208) 334-2400<br>michael.zarian@ag.idaho.gov<br>*Counsel for Plaintiff State of Idaho* |
| THEODORE E. ROKITA<br>Attorney General of Indiana<br><br>James A. Barta**<br>*Solicitor General*<br><br>Office of the Indiana Attorney General<br>302 W. Washington Street<br>IGC South, Fifth Floor<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-0709<br>Fax: (317) 232-7979<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | BRENNA BIRD<br>Attorney General of Iowa<br><br>Eric H. Wessan**<br>*Solicitor General*<br><br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |

| | |
|---|---|
| LIZ MURRILL<br>Attorney General of Louisiana<br><br>J. Benjamin Aguiñaga*<br>*Solicitor General*<br><br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>AguinagaB@ag.louisiana.gov<br>*Counsel for Plaintiff State of Louisiana* | CATHERINE L. HANAWAY<br>Attorney General of Missouri<br><br>Louis J. Capozzi III**<br>*Solicitor General*<br>Kathleen Hunker**<br>*Principal Deputy Solicitor General*<br>Madeline S. Lansdell*<br>*Assistant Solicitor General*<br><br>Office of the Missouri Attorney General<br>815 Olive St., Suite 200<br>St. Louis, MO 63101<br>(314) 340-4754<br>Kathleen.Hunker@ago.mo.gov<br>Madeline.Lansdell@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |
| AUSTIN KNUDSEN<br>Attorney General of Montana<br><br>Brent Mead**<br>*Deputy Solicitor General*<br><br>Montana Department of Justice<br>(406) 444-2026<br>Brent.Mead2@mt.gov<br>*Counsel for Plaintiff State of Montana* | DREW H. WRIGLEY<br>Attorney General of North Dakota<br><br>Philip Axt*<br>*Solicitor General*<br><br>Office of the North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br>*Counsel for Plaintiff State of North Dakota* |
| GENTNER DRUMMOND<br>Attorney General of Oklahoma<br><br>Garry M. Gaskins, II**<br>*Solicitor General*<br><br>Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | ALAN WILSON<br>Attorney General of South Carolina<br><br>J. Emory Smith, Jr.*<br>*General Counsel*<br><br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211<br>Ph.: (803) 734-3680<br>Fax: (803) 734-3677<br>ESmith@scag.gov<br>*Counsel for Plaintiff State of South Carolina* |

| | |
|---|---|
| MARTY J. JACKLEY<br>Attorney General of South Dakota<br><br>Emily Greco*<br>*Assistant Attorney General*<br><br>Office of the South Dakota Attorney General<br>1302 East SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Email: emily.greco@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* | KEN PAXTON<br>Attorney General of Texas<br><br>Brent Webster<br>First Assistant Attorney General<br><br>Ralph Molina<br>Deputy First Assistant Attorney General<br><br>Rob Farquharson<br>Deputy Attorney General for Legal Strategy<br><br>Munera Al-Fuhaid*<br>*Special Counsel, Special Litigation Division*<br>Texas Bar No. 24094501<br><br>Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>munera.al-fuhaid@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |
| DEREK BROWN<br>Attorney General of Utah<br><br>Joshua B. Cutler*<br>*Assistant Solicitor General*<br>Federalism and Strategic Litigation Section<br><br>Office of the Utah Attorney General<br>160 E. 300 S., 5th floor<br>Salt Lake City, UT 84111<br>(801) 366-0533<br>jbcutler@agutah.gov<br>*Counsel for Plaintiff State of Utah* | JOHN B. MCCUSKEY<br>Attorney General of West Virginia<br><br>Michael R. Williams*<br>*Solicitor General*<br><br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br>*Counsel for Plaintiff State of West Virginia* |
| */s/ David R. Carpenter* (as authorized Aug. 18, 2026)<br>David R. Carpenter (SBN 230299)<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 | |

| | |
|---|---|
| drcarpenter@sidley.com<br>Gordon D. Todd*<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>gtodd@sidley.com<br>*Counsel for Plaintiff National Association of Wholesaler-Distributors* | |


* Admitted *pro hac vice*
** Pro Hac Vice application pending/forthcoming
† Beatrice O. Strnad is also counsel for the States of Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Missouri, Montana, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, and West Virginia.