# ATTACHMENT A
# TO
# MEMORANDUM OF POINTS AND AUTHORITIES
# IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama<br><br>A. Barrett Bowdre*<br>*Solicitor General*<br><br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104<br>(334) 242-7300<br>Barrett.Bowdre@AlabamaAG.gov<br>*Counsel for Plaintiff State of Alabama* | JAMES UTHMEIER<br>Attorney General of Florida<br><br>Timothy Fraser**<br>*Special Counsel*<br>Antitrust Division<br><br>Florida Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, Florida 32399<br>Telephone: (850) 414-3733<br>Email: timothy.fraser@myfloridalegal.com<br>*Counsel for Plaintiff State of Florida* |
| CHRISTOPHER M. CARR<br>Attorney General of Georgia<br><br>John Henry Thompson*<br>*Solicitor General*<br>Elijah J. O'Kelley**<br>*Principal Deputy*<br>*Solicitor General*<br><br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3373<br>jhthompson@law.ga.gov<br>*Counsel for Plaintiff State of Georgia* | RAUL R. LABRADOR<br>Attorney General of Idaho<br><br>Michael A. Zarian*<br>*Solicitor General*<br><br>Office of the Idaho Attorney General<br>700 W. Jefferson St., Suite 210,<br>Boise, Idaho 83720<br>(208) 334-2400<br>michael.zarian@ag.idaho.gov<br>*Counsel for Plaintiff State of Idaho* |
| THEODORE E. ROKITA<br>Attorney General of Indiana<br><br>James A. Barta**<br>*Solicitor General*<br><br>Office of the Indiana Attorney General<br>302 W. Washington Street<br>IGC South, Fifth Floor<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-0709<br>Fax: (317) 232-7979<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | BRENNA BIRD<br>Attorney General of Iowa<br><br>Eric H. Wessan**<br>*Solicitor General*<br><br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |

| | |
|---|---|
| LIZ MURRILL<br>Attorney General of Louisiana<br><br>J. Benjamin Aguiñaga*<br>*Solicitor General*<br><br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>AguinagaB@ag.louisiana.gov<br>*Counsel for Plaintiff State of Louisiana* | CATHERINE L. HANAWAY<br>Attorney General of Missouri<br><br>Louis J. Capozzi III**<br>*Solicitor General*<br>Kathleen Hunker**<br>*Principal Deputy Solicitor General*<br>Madeline S. Lansdell*<br>*Assistant Solicitor General*<br><br>Office of the Missouri Attorney General<br>815 Olive St., Suite 200<br>St. Louis, MO 63101<br>(314) 340-4754<br>Kathleen.Hunker@ago.mo.gov<br>Madeline.Lansdell@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* |
| AUSTIN KNUDSEN<br>Attorney General of Montana<br><br>Brent Mead**<br>*Deputy Solicitor General*<br><br>Montana Department of Justice<br>(406) 444-2026<br>Brent.Mead2@mt.gov<br>*Counsel for Plaintiff State of Montana* | DREW H. WRIGLEY<br>Attorney General of North Dakota<br><br>Philip Axt*<br>*Solicitor General*<br><br>Office of the North Dakota Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br>*Counsel for Plaintiff State of North Dakota* |
| GENTNER DRUMMOND<br>Attorney General of Oklahoma<br><br>Garry M. Gaskins, II**<br>*Solicitor General*<br><br>Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | ALAN WILSON<br>Attorney General of South Carolina<br><br>J. Emory Smith, Jr.*<br>*General Counsel*<br><br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211<br>Ph.: (803) 734-3680<br>Fax: (803) 734-3677<br>ESmith@scag.gov<br>*Counsel for Plaintiff State of South Carolina* |

| | |
|---|---|
| MARTY J. JACKLEY<br>Attorney General of South Dakota<br><br>Emily Greco*<br>*Assistant Attorney General*<br><br>Office of the South Dakota Attorney General<br>1302 East SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Email: emily.greco@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* | KEN PAXTON<br>Attorney General of Texas<br><br>Brent Webster<br>First Assistant Attorney General<br><br>Ralph Molina<br>Deputy First Assistant Attorney General<br><br>Rob Farquharson<br>Deputy Attorney General for Legal Strategy<br><br>Munera Al-Fuhaid*<br>*Special Counsel, Special Litigation Division*<br>Texas Bar No. 24094501<br><br>Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>munera.al-fuhaid@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |
| DEREK BROWN<br>Attorney General of Utah<br><br>Joshua B. Cutler*<br>*Assistant Solicitor General*<br>Federalism and Strategic Litigation Section<br><br>Office of the Utah Attorney General<br>160 E. 300 S., 5th floor<br>Salt Lake City, UT 84111<br>(801) 366-0533<br>jbcutler@agutah.gov<br>*Counsel for Plaintiff State of Utah* | JOHN B. MCCUSKEY<br>Attorney General of West Virginia<br><br>Michael R. Williams*<br>*Solicitor General*<br><br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br>*Counsel for Plaintiff State of West Virginia* |


*Admitted *pro hac vice*
** Pro Hac Vice application pending/forthcoming