ROB BONTA, State Bar No. 202668
Attorney General of California
SETH E. GOLDSTEIN, State Bar No. 238228
R. MATTHEW WISE, State Bar No. 238485
Supervising Deputy Attorneys General
KEVIN L. QUADE, State Bar No. 285197
KRISTEN KIDO, State Bar No. 335667
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6528
Fax: (916) 731-2124
E-mail: Kristen.Kido@doj.ca.gov
*Attorneys for Defendant Zoe Heller, in her official capacity as Director of the California Dep't of Resources Recycling & Recovery*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,**<br>Plaintiffs,<br>**v.**<br>**ZOE HELLER, in her official capacity as Director of the California Dep't of Resources Recycling & Recovery, et al.,**<br>Defendants. | Case No. 2:26-cv-02214-DC-CKD<br>**NOTICE OF APPEARANCE**<br>Courtroom: 10, 13th Floor<br>Judge: Hon. Dena M. Coggins<br>Action Filed: June 22, 2026 |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please take notice that Deputy Attorney General Kristen C.A. Kido of the California Office of the Attorney General represents Defendant Zoe Heller in her official capacity as Director of the California Department of Resources Recycling & Recovery. Ms. Kido's contact information is as follows:

///

///

Kristen C.A. Kido
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6528
Fax: (916) 731-2124
E-mail: Kristen.Kido@doj.ca.gov

Dated: August 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
SETH E. GOLDSTEIN
R. MATTHEW WISE
Supervising Deputy Attorney General
KEVIN L. QUADE
Deputy Attorney General

KRISTEN KIDO
Deputy Attorney General
*Attorneys for Defendant*
*Zoe Heller, in her official capacity as Director of the California Department of Resources Recycling & Recovery*

## CERTIFICATE OF SERVICE

Case Name: **State of Nebraska, et al. v. Zoe Heller, et al.** No. **2:26-cv-02214-DC-CKD**

I hereby certify that on August 27, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 27, 2026, at Los Angeles, California.

| | |
|---|---|
| Janice Park | [signature] |
| Declarant | Signature |

SA2026303344
68687569