AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

State of Nebraska, et al.,
*Plaintiff*
v.
Zoe Heller, et al.,
*Defendant*

Case No. 2:26-CV-02214-DC-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Circular Action Alliance .

Date: 08/27/2026

/s/ Michael J. Mongan
*Attorney's signature*

Michael J. Mongan, Bar No. 250374
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
50 California Street, Suite 3600
San Francisco, California 94111
*Address*

Michael.Mongan@wilmerhale.com
*E-mail address*

(628) 235-1000
*Telephone number*

(628) 235-1001
*FAX number*