# United States District Court
# Eastern District of California

State of Nebraska, et al.,

Plaintiff(s)

V.

Zoe Heller, et al.,

Defendant(s)

Case Number: 2:26-CV-02214-DC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Molly Jennings hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Circular Action Alliance

On 10/06/2014 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/27/2026

Signature of Applicant: /s/ Molly Jennings

**Pro Hac Vice Attorney**

Applicant's Name: Molly Jennings

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 2100 Pennsylvania Avenue NW

City: Washington State: DC Zip: 20037

Phone Number w/Area Code: (202) 663-6000

City and State of Residence: Washington, DC

Primary E-mail Address: Molly.Jennings@wilmerhale.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael J. Mongan

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 50 California Street

Suite 3600

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (628) 235-1000 Bar # 250374

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 31, 2026

Dena Coggins
United States District Judge