# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Zoe Heller, in her official capacity, et al.

Defendant(s)

Case Number: 2:26-cv-02214-DC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kathleen T. Hunker hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Missouri

On 02/27/2013 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/10/2026 Signature of Applicant: /s/ Kathleen T. Hunker

**Pro Hac Vice Attorney**

Applicant's Name: Kathleen T. Hunker

Law Firm Name: Office of Missouri Attorney General

Address: 815 Olive Street

Suite #200

City: St. Louis State: MO Zip: 63101

Phone Number w/Area Code: (314) 340-7875

City and State of Residence: St. Louis, Missouri

Primary E-mail Address: Kathleen.Hunker@ago.mo.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln State: NE Zip: 68509

Phone Number w/Area Code: (402) 471-2683 Bar # CA 327791

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 31, 2026

Dena Coggins
United States District Judge